UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS ABDUL KALIM SIBOMANA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CHRISTOPHER J. LAROSE,<br><br>　　　　　　　　　　　Defendant. | Case No.: 22cv933-LL-NLS<br><br>**ORDER REQUIRING RESPONSE TO PETITION AND SETTING BRIEFING SCHEDULE** |

On June 23, 2022, Petitioner Lewis Abdul Kalim Sibomana filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, requesting that the Court order the immediate release of Petitioner from the custody of Immigration and Customs Enforcement on the ground that continued detention of Petitioner without a bond hearing violates the Due Process Clause of the Fifth Amendment and the Excessive Bail Clause of the Eighth Amendment. ECF No. 1. Having reviewed the petition, the Court concludes that summary dismissal is unwarranted at this time.

Accordingly, the Respondent is **ORDERED TO SHOW CAUSE** why the Petition should not be granted, by filing a written return no later than **August 8, 2022**. The return shall include any documents relevant to the determination of the issues raised in the Petition. Should Petitioner wish to reply, he **SHALL REPLY** no later than **August 22,**

1

**2022**. The matter will be deemed under submission at that time, and the parties shall await further order from the Court.

    **IT IS FURTHER ORDERED** that the Clerk of the Court shall transmit to the United States Attorneys' Office a copy of the Petition [ECF No. 1] and this order.

    **IT IS SO ORDERED**.

Dated:  July 25, 2022

Honorable Linda Lopez
United States District Judge